# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

NICOLE BURGER

          V.          CASE NUMBER: 8:05-CV-579(VEB)

COMMISSIONER OF SOCIAL SECURITY

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, affirming the Commissioner's final decision and dismissing plaintiff's case pursuant to the Decision and Order of the Hon. Victor E. Bianchini filed on February 28, 2007.

DATED:     February 28, 2007

                                            Clerk of Court

LKB:lmp