# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

NICOLE BURGER

V.     CASE NUMBER: 8:05-CV-579(VEB)

COMMISSIONER OF SOCIAL
SECURITY

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff against defendant, remanding this case for further proceedings consistent with the Second Circuit Court of Appeals Summary Order pursuant to the Order of the Hon. Victor E. Bianchini filed on August 13, 2008.

DATED:   August 13, 2008

*[signature]*
Clerk of Court

LKB:lmp