# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT FOR PAYMENT OF FEES PURSUANT TO
## THE EQUAL ACCESS TO JUSTICE ACT

**Nicole Burger**,

                **Plaintiff,**

    vs.                               **CASE NUMBER:**

**Commissioner of Social Security,**        **8:05cv579 - VEB**

                **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    ***IT IS ORDERED AND ADJUDGED***, that the plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of twenty four thousand dollars ($24,000.00) in EAJA fees, the payment made directly to Mark Schneider, Esq. This award is in full satisfaction of all EAJA fees due in this action and in Court of Appeals cases numbers 07-1166-cv and 09-0388-cv.

    All of the above pursuant to the order of the Honorable Judge Bianchini, dated the 27th day of April, 2010.

DATED: May 3, 2010

*Lawrence K. Baerman*
Clerk of Court

_____
                s/
Marie N. Marra, Deputy Clerk